IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB<br><br>Plaintiff,<br><br>v.<br><br>Jose S. Perez; Katherine Perez,<br><br>Defendants. | Case No. 13 cv 8521<br><br>Assigned Judge: Robert W. Gettleman<br><br>Magistrate Judge: Geraldine Soat Brown<br><br>Property Address: 1300-1310 W. 57th St. Chicago, IL 60636 |

## MOTION FOR ENTRY OF JUDGMENT ORDER ON COUNTS II - V

COMES NOW, the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB ("PNC"), by and through its attorneys, Crowley & Lamb, P.C. and moves this Court for entry of judgment order on Counts II through V. In support of its Motion, PNC states as follows:

1. On or about November 26, 2013, PNC filed its Complaint in Mortgage Foreclosure and for Other Relief. The Complaint contained three counts: (1) Count I – foreclosure of the mortgage; (2) Counts II and III – suit on the Note against Jose S. Perez and Katherine Perez, respectively; and (3) Counts IV and V – suit on the Personal Guaranties against Jose S. Perez and Katherine Perez, respectively.

2. On or about March 26, 2014, Defendants Jose S. Perez and Katherine Perez (collectively the "Defendants") filed their Answer to the Complaint ("Answer").

3. The Answer raised no material issues of fact, and on or about March 27, 2014, PNC filed is Motion and Memorandum for Summary Judgment of Foreclosure and Sale seeking judgment on the Complaint against both Defendants.

4. On or about April 15, 2014, this Court found that no issue of material fact existed regarding the allegations of the Complaint and therefore granted the Plaintiff's Motion for Summary Judgment of Foreclosure and Sale.

1

5. The subject property was subsequently sold through a Special Commissioner's Sale for $37,400.00, leaving a deficiency of $278,126.135.

6. On or about August 6, 2014, this Court confirmed the Special Commissioner's Sale and Approved Post-Judgment Costs and Fees.

7. A mortgagee is allowed to choose whether to proceed on the note or guaranty, or to foreclose upon the mortgage separately or concurrently. *LP XXVI, LLC v. Goldstein*, 349 Ill.App.3d 237, 241-42, 811 N.E.2d 286, 289-290 (2d Dist 2004); *Northern Trust Co v. VIII South Michigan Assoc.*, 276 Ill.App.3d 355, 657 N.E.2d 1095 (1st Dist. 1995).

8. 735 ILCS 5/15-1511 provides that "foreclosure of a mortgage does not affect a mortgagee's rights, if any, to obtain a personal judgment against any person for a deficiency."

9. Plaintiff now seeks the entry of a Memorandum of Judgment against Jose S. Perez and Katherine Perez in the amount of $278,126.35.

WHEREFORE, Plaintiff PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, fsb, prays this Court grant its Motion and enter the Judgment Order on Counts II through V, and award such other and further relief as this Court deems just and reasonable.

                                                        PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB

                                                        By: /s/ Jennifer E. Frick
                                                              One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Jennifer E. Frick (ARDC#6299794)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
jfrick@crowleylamb.com